## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Lara Eshkenzai                    DATE: 8/8/2024

DOCKET NUMBER       24-cr-322 (MKB)                  LOG #: V.43 - 3:07

DEFENDANT'S NAME:   KEVINDALE NURSE
___X___ Present   _____ Not Present   __X__ Custody   ___ Bail

DEFENSE COUNSEL:   Jeff Dalhberg
___X___ Federal Defender   ___ CJA   __X__ appointed by the Court   ___ Retained

A.U.S.A  Mergan Larkin                               CLERK: SM Yuen

Probation:                                           (Language)

__X__ Defendant arraigned on the: __X__ indictment ___ superseding indictment ___ probation violation

__X__ Defendant pleads NOT GUILTY to ALL counts.

__X__ Rule 5f Order read into the record.

__X__ Bail application Hearing held.   __X__ Defendant's first appearance.

____ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued.  Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Order of Excludable Delay/Speedy Trial entered.  Start 8/8/24   Stop 9/19/24

____ Medical memo issued.

____ Defendant failed to appear; bench warrant issued.

____ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Gov't opposed bail for reasons stated on the record. Defense counsel presented a bail application. Court denied bail. Order of detention entered.